Danny L. Hitt, Jr., OSB 833818
Email: dhitt@hittandhiller.com
HITT HILLER MONFILS WILLIAMS LLP
411 SW Second Avenue, Suite 400
Portland, OR 97204
Telephone: (503) 228-5973
Facsimile: (503) 228-4250
    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON AMUSEMENTS, LLC<br><br>                            Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Company, a Massachusetts corporation.<br><br>                            Defendant. | Case No. 3:14-cv-00170<br><br>**NOTICE OF REMOVAL**<br>Multnomah County Circuit Court<br>Case No. 1307-09539 |

TO:    The Judges of the United States District Court for the District of Oregon;
          Clerk of Multnomah County Circuit Court of the State of Oregon; and
          Ken Ammann, attorney for Plaintiff.

Defendants give notice of removal as follows:

1.    On or about July 1, 2013, an action was commenced in Circuit Court of the State of Oregon for the County of Multnomah entitled: *Oregon Amusements, LLC  v Liberty Mutual Insurance Company*, and bearing Case No. 1307-09539.

2.      This action is a civil action over which this court has original jurisdiction under 28 USC §§ 1332, and is one which may be removed to this court by defendant pursuant to the provisions of 28 USC § 1441(b) and 1441, in that it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

3.      Plaintiff was, at the time of filing this action, and still is, an Oregon limited liability corporation with all of its members residents and citizens of the state of Oregon.  At the time of filing of this action, and now, defendant was and is not a corporation organized and existing under the laws of the state of Oregon.  And at the time of filing of this action, and now, defendant did not have nor does it have now its principal place of business in the state of Oregon.

4.      Less than one year has passed since this action was commenced.

5.      A copy of the Oregon state court file for the county of Multnomah case no. 1307-09539 is attached hereto as Exhibit A.

6.      The original complaint filed in state court alleges damage to personal property for which $69,163.00 is pled. It also alleges damage to plaintiff's business and profits for which no amount is specified.  Plaintiff's counsel first informed defendant on January 29, 2014 that total damages in this case should be considered to exceed $75,000 and he agreed the matter is removable to Federal Court.

/ / /

/ / /

/ / /

NOTICE OF REMOVAL                                                                                                  Page 2

THEREFORE, Defendants give notice that the above action now pending in the Circuit Court of the State of Oregon for the County of Multnomah as Case No. 1307-09539 has been removed therefrom to this court.

DATED: January 30, 2014.

                HITT HILLER MONFILS WILLIAMS LLP

                By: /s/ Danny L. Hitt Jr.
                    Danny L. Hitt Jr., OSB #833818
                    Of Attorney for Defendant Liberty Mutual
                    Trial Attorney: Danny L. Hitt Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL** on:

Ken L. Ammann
Jones Ammann LLC
880 Liberty Street NE
Salem, Oregon 97301

by mailing a full, true and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney shown above, the last-known office of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date shown below.

DATED: January __, 2014.

HITT HILLER MONFILS WILLIAMS LLP

By: /s/ Danny L. Hitt Jr.
    Danny L. Hitt Jr., OSB #833818
    Of Attorney for Defendant Liberty Mutual
    Trial Attorney: Danny L. Hitt Jr.