IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| OREGON AMUSEMENTS, LLC, | ) | |
| | ) | Civil No. 03:14-cv-00170-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE CO., | ) | |
| | ) | |
| Defendant(s). | ) | |

It was ordered that Plaintiff, a limited liability company, would have until 3/21/2014 to secure and identify new counsel with this court. To date, no such communication has been received by the Plaintiff. It was further ordered that Plaintiff appear in writing by 4/15/2014 to show cause why this case should not be dismissed for want of prosecution. Plaintiff did not file a response. It is therefore ORDERED that this case be dismissed. Pending motions, if any, are DENIED AS MOOT.

Dated this _____ day of April, 2014.

by _____

Michael H. Simon
United States District Judge